# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC. | CIVIL ACTION NO. 3:02CV01254:GLG |
| Plaintiff, | |
| vs. | |
| INCOR GROUP, INC. GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY, | |
| Defendants. | OCTOBER 14, 2003 |

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rules 26(c) and 34 of the Plaintiff, Polied Environmental Services, Inc. ("Polied"), hereby moves this Court for an order protecting John Fitzryk, President of Polied, of being required to appear at a deposition on October 14, 2003, and from producing the documents requested in "Schedule A" in accordance with the Defendant USA's Notice of Deposition, dated September 23, 2003 (a copy of which is attached hereto) for the reasons more specifically set forth as follows:

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor and Greenwich Ins\Pleadings\Mot for Protective Order.doc

1

1.      On Friday, October 10, 2003, undersigned counsel received a voicemail from Mr. Fitzryk advising he was in Mississippi due to his employment, and was unaware of the October 14, 2003 deposition until October 10, 2003 and could not make arrangements to attend the deposition.

2.      The date of October 14, 2003 for the deposition was agreed to subject to Mr. Fitzryk's availability. Neither my client nor our office confirmed his availability for that date. The deposition was never confirmed by opposing counsel's office.

3.      In an effort to resolve the dispute without seeking court action, the undersigned attempted to reschedule the deposition to the end of this month and offered to hand-deliver documents requested by courier on October 14, 2003 to opposing counsel's office. Despite these efforts made in good faith, counsel has been unable to resolve their differences.

WHEREFORE, the Plaintiff respectfully requests that this Court issue an order protecting Mr. John Fitzryk from being required to appear at a deposition on Tuesday, October 14, 2003, and from requiring him to produce the materials requested in Schedule A of the Defendant's Notice of Deposition, dated September 23, 2003, and so that the deposition can be rescheduled to a date that Mr. Fitzryk can make arrangements to be in Connecticut.

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor and Greenwich Ins\Pleadings\Mot for Protective Order.doc

2

THE PLAINTIFF,
POLIED ENVIRONMENTAL SERVICES, INC.

By: /s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri (ct17217)
Shepro & Blake, LLC
2051 Main Street
Stratford, CT 06615
(203)377-0770

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor and Greenwich Ins\Pleadings\Mot for Protective Order.doc

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC. | CIVIL ACTION NO. 3:02 CV 01254:GLG |
| V. | |
| INCOR GROUP, INC., GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC., and UNITED STATES FIDELITY AND GUARANTY COMPANY | SEPTEMBER 23, 2003 |

### RE-NOTICE OF DEPOSITION

To: John Fitrzyk, President
Polied Environmental Services, Inc.
c/o Nathalie Feola-Guerrieri, Esq.
Shepro & Blake
2051 Main Street
Stratford, Connecticut 06615

Please take notice that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, the Defendant USA Contractors, Inc., on **Tuesday, October 14, 2003 at 10:00 a.m.** at the offices of Shepro & Blake, 2051 Main Street, Stratford, Connecticut 06615, by their attorney, will take the deposition upon oral examination of John Fitrzyk of Polied Environmental Services, Inc., before a notary public for the State of Connecticut, or before some other officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed. You are invited to attend and cross-examine.

The deponent is required to bring those documents listed in Schedule A attached hereto.

                                              THE DEFENDANTS,
                                              INCOR GROUP, INC., GREENWICH
                                              INSURANCE CO., and USA
                                              CONTRACTORS, INC.

By: _____
                                              Gregory R. Faulkner, Esq. of
                                              HALLORAN & SAGE LLP
                                              Fed. Bar #ct 09997
                                              One Goodwin Square
                                              225 Asylum Street
                                              Hartford, CT 06103
                                              (860) 522-6103

## CERTIFICATION

This is to certify that on this the 23rd day of September 2003, I hereby mailed a copy of the foregoing to:

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, Case & Ray, LLC
99 Pratt Street, 4th Floor
Hartford, CT 06103

Nathalie Feola-Guerrieri, Esq.
Shepro & Blake
2051 Main Street
Stratford, CT 06615

Gregory R. Faulkner, Esq.

424028.1(HSFP)

## **SCHEDULE A**

1. Any and all documents, including but not limited to all correspondence, transmittals, memoranda, meeting minutes, documents or records of communication concerning, referring or relating to the Project

2. Any and all change orders, invoices, purchase orders, estimates, records of payment or other documents concerning, referring or relating to the Project.

3. Any and all documents, including but not limited to all contract documents concerning, referring or relating to the Project.

461248_1.doc

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed via United States Postal Service, first-class, postage prepaid, on this 14th day of October, 2003, to the following counsel of record:

Gregory R. Faulkner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, Case & Ray, LLC
99 Pratt Street, 4th Floor
Hartford, CT  06103

Timothy T. Corey, Esq.
Pepe & Hazard, LLP
225 Asylum Street, Goodwin Square
Hartford, CT 06103

The Honorable Gerard L. Goettel; Chambers
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, CT  06702

Nathalie Feola-Guerrieri
Commissioner of the Superior Court