02cv1254 motion prot order 10/14c

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INCOR GROUP, INC. GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 3:02CV01254:GLG<br><br>FILED<br>OCT 14  2 36 PM '03<br>U.S. DISTRICT COURT<br>NEW HAVEN<br><br>OCTOBER 14, 2003 |

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rules 26(c) and 34 of the Plaintiff, Polied Environmental Services, Inc. ("Polied"), hereby moves this Court for an order protecting John Fitzryk, President of Polied, of being required to appear at a deposition on October 14, 2003, and from producing the documents requested in "Schedule A" in accordance with the Defendant USA's Notice of Deposition, dated September 23, 2003 (a copy of which is attached hereto) for the reasons more specifically set forth as follows:

Motion DENIED as moot — the probability to have long past without prejudice to renewal.

Gerard L. Goettel, USDJ
10.21.03

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor and Greenwich Ins\Pleadings\Mot for Protective Order.doc