FILED

Oct 29  10 53 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC.<br><br>Plaintiff,<br><br>Vs.<br><br>INCOR GROUP, INC., GREENWICH INSURANCE COMPANY USA CONTRACTORS, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Defendants. | CIVIL ACTION NO.:<br>3:02CV01254:GLG<br><br><br><br><br><br><br><br><br><br>OCTOBER 29, 2003 |

## MOTION TO MODIFY CASE MANAGEMENT PLAN SET FORTH IN PARTIES' PROPOSED REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), the Plaintiff, Polied Environmental Services,

Inc., hereby moves this Court to extend the October 29, 2003 deadline for completing

discovery, including depositions and written discovery requests, set forth in the

Defendants' Motion to Modify Case Management Plan Set Forth in Parties' Proposed

Report of Parties' Planning Meeting Case Management Plan, dated August 28, 2003,

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor Group, U.S Navy (Dolphin Gardens)\Pleadings US District court\mot modify
sched order 10-17-03.doc

which was granted by the Court (Goettel, USDJ) on September 3, 2003, for thirty (30) days until November 28, 2003.

The Plaintiff further requests that the December 29, 2003, deadline for the filing of dispositive motions and the joint trial management memorandum and the trial readiness date set forth in the Defendants' Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report of Parties' Planning Meeting Case Management Plan, dated August 28, 2003, which was granted by the Court (Goettel, USDJ) on September 3, 2003, for thirty (30) days until January 28, 2004.

In support of this Motion the Plaintiff represents the following:

1.    Good cause for this request exists because the undersigned's client is currently working out-of-state and has been unavailable for his deposition.

2.    Attorney Fornaciari and Attorney Regan, counsel for the Defendants Incor Group, Inc., Greenwich Insurance Co. and USA Contractors, Inc. have indicated that they do not consent to the granting of this Motion.

3.    Attorney Corey, counsel for the Defendant USA Contractors, Inc., has not been able to be reached to determine his consent or objection to the granting of the Motion.

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor Group, U.S Navy (Dolphin Gardens)\Pleadings US District court\mot modify sched order 10-17-03.doc

4.      Attorney Horowitz, counsel for the Defendant United States Fidelity & Guaranty Co., has indicated that he does consent to the granting of the Motion.

5.      There will be no prejudice to any party if this Motion is granted.

WHEREFORE, the Plaintiff respectfully requests that deadlines set in the Court's September 3, 2003 Order, be amended to extend the deposition and discovery deadline to November 28, 2003, and the deadline for the filing of dispositive motions and the joint trial management memorandum and the trial readiness date be extended to January 28, 2004.

THE PLAINTIFF,

BY: _____
        Daniel Shepro
        Shepro & Blake, LLC
        2051 Main Street
        Stratford, CT 06615
        (203) 377-0770
        Fed. Bar No. ct17217

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor Group, U.S Navy (Dolphin Gardens)\Pleadings US District court\mot modify sched order 10-17-03.doc

## CERTIFICATION OF SERVICE

This is to certify that on this 29th day of October, 2003, I hereby mailed a copy of the foregoing Motion, to the following counsel of record:

Timothy Corey, Esq.
Pepe & Hazard, LLP
225 Asylum Street, Goodwin Square
Hartford, CT 06103

Gregory R. Faulkner, Esq.
Salvatore Fornaciari, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, Case & Ray, LLC
241 Main Street, 2nd Floor
Hartford, CT 06106

and a Chambers' Copy to Judge Gerard L. Goetel, per Chamber Practices, at the following address:

The Honorable Gerard L. Goetell
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, CT 06702

_____
Daniel Shepro
Commissioner of the Superior Court