# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC.,<br>             Plaintiff,<br>vs.<br>INCOR GROUP, INC., GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC. AND UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>             Defendants | APPEARANCE **FILED**<br>Nov 7  2 11 PM '03<br>U.S. DISTRICT COURT<br>NEW HAVEN, CONN.<br><br>CASE NUMBER: 3:02cv01254(GLG) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    Polied Environmental Services, Inc., Plaintiff

| | |
|---|---|
| November 4, 2003<br>**Date** | X _____<br>**Signature** |
| ct05233<br>**Connecticut Federal Bar Number** | Daniel Shepro<br>**Print Clearly or Type Name** |
| (203) 377-0770<br>**Telephone Number** | Shepro & Blake, LLC<br>2051 Main Street<br>**Address** |
| (203) 377-6789<br>**Fax Number** | Stratford, CT  06615 |
| <br>**E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached.

_____
Signature — Daniel Shepro

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

Case 3:02-cv-01254-GLG     Document 65     Filed 11/07/2003     Page 2 of 3

## CERTIFICATION OF SERVICE

This is to certify that on this 4th day of November, 2003, I hereby mailed a copy of the foregoing to the following counsel of record:

Timothy Corey, Esq.
Pepe & Hazard, LLP
225 Asylum Street, Goodwin Square
Hartford, CT 06103

Gregory R. Faulkner, Esq.
Salvatore Fornaciari, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, Case & Ray, LLC
241 Main Street, 2nd Floor
Hartford, CT 06106

and a Chambers' Copy to Judge Gerard L. Goettel, per Chamber Practices, at the following address:

The Honorable Gerard L. Goetell
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, CT 06702

_____
Daniel Shepro
Commissioner of the Superior Court

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor Group, U.S Navy (Dolphin Gardens)\Pleadings US District court\Cert to DS Appear (11-4-03).doc