FILED

Nov 7  2 12 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC. : : : | CIVIL ACTION NO. 3:02CV01254 (GLG) |
| Plaintiff : | |
| VS. : | |
| INCOR GROUP, INC., GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC., and UNITED STATES FIDELITY AND GUARANTY COMPANY : : : : | NOVEMBER 6, 2003 |
| Defendants : | |

### DEFENDANT INCOR GROUP, INC.'S OBJECTION TO PLAINTIFF POLIED ENVIRONMENTAL SERVICES INC.'S MOTION TO MODIFY CASE MANAGEMENT PLAN SET FORTH IN PARTIES' PROPOSED REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rules of Civil Procedure 16(b), the defendant, Incor Group, Inc. ("Incor") hereby objects to the plaintiff, Polied Environmental Servies, Inc.'s ("Polied") Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report Of Parties' Planning Meeting (the "Motion") dated October 29, 2003.

In support of this Objection, the undersigned defendant represents the following:

1. The plaintiff's Motion is untimely. The deadline for completing discovery under the case management plan was extended by the court to October 23, 2003. However, the plaintiff's Motion is dated October 23, 2003, *the very day of the deadline for discovery*. Therefore, Polied's Motion is untimely. In addition, Incor has been

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12269.0006
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

prejudiced as it did not have an appropriate period of time to respond to the plaintiff's Motion. Thus, the plaintiff's Motion should be denied as untimely.

2.   Polied has failed to show good cause as to why the case management plan should be modified for a third time. In its Motion, counsel for Polied merely alleges that its "client [Jim Fitzryk, President of Polied] is currently working out-of-state and has been unavailable for his deposition." (Motion at ¶ 1) However, this is the second time that the plaintiff has moved the court for an extension of the discovery deadline on such grounds. By way of Motion dated July 30, 2003, the plaintiff requested a similar modification to the case management plan. In support of such Motion, Polied alleged that "Good cause exists because the undersigned has been unable to locate her client, and additional time is needed to accommodate the Defendants' request to depose him." (Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report of Parties Planning Meeting, July 30, 2003, at ¶ 1) Incor agreed to an extension of time for this purpose.

In addition, on August 28, 2003, the defendants, with the consent of plaintiff's counsel, moved for an additional extension of time to allow for the deposition of Mr. Fitzryk. Such extension was necessitated by plaintiff's counsel's continued failure to secure Mr. Fitzyrk's availability. Thus, the plaintiff's current Motion represents the third time that the unavailability of Mr. Fitzryk has been used to justify the modification of the case management plan. Incor has been patiently working with counsel for Polied for several months in reliance on their promises to make their client available to be

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

deposed. On more than one occasion, the parties have scheduled a date for Mr. Fitzryk's deposition only to have Polied cancel at the last minute. A survey of the record reveals a pattern of unreasonable delays and discourteous conduct on the part of counsel for Polied.

For example, on October 29, 2003, counsel for Incor was scheduled to take the deposition of Mr. Fitzryk. Yet it was not until approximately 4:00 pm on October 28, 2003, the *afternoon before the scheduled deposition*, that plaintiff's counsel notified counsel for Incor that its client was not available. In addition, counsel for Polied filed a Motion for Protective Order regarding the deposition of Mr. Fitzryk scheduled for October 29, 2003 on the very day of the deposition, after the scheduled time of the deposition. Such Motion was denied by this court as untimely.

Furthermore, Polied had previously filed a Motion for Protective Order for the same purposes on May 30, 2003. Notably, Polied filed such motion without first conferring with counsel for Incor, in violation of Rule 37(a)(2) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut. That Motion was also denied by this Court. In its ruling, the Court warned Polied that such conduct in the future could be grounds for sanctions.

After the denial of Polied's first Motion for Protective Order in June 2003, Incor requested Polied to provide dates when Mr. Fitzryck would be available to be deposed. After finally agreeing on a date, Polied has once again sought to block the deposition of Mr. Fitzrick at the eleventh hour. The conduct of Polied's counsel demonstrates not

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

only a lack of courtesy to opposing counsel but also a total disregard for the rules of this Court. As a result, Incor is unable to consent to yet another extension of time.

3. Incor has been prejudiced by the plaintiff's persistent failure to diligently prosecute its case. If Polied no longer wishes to pursue its claims against the defendants, its action should be withdrawn with prejudice. Plaintiff's counsel should not be permitted to go forward in this action when, in effect, it has no client.

WHEREFORE, the undersigned defendants respectfully request that the plaintiff's Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report Of Parties' Planning Meeting dated October 29, 2003 be denied as untimely and for failure to state good cause.

THE DEFENDANT
INCOR GROUP, INC.

By _____
Gregory R. Faulkner
Fed. Bar No. ct09997
HALLORAN & SAGE LLP
Its Attorneys

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 6th day of November 2003, a copy of the foregoing was mailed, postage prepaid, to:

Nathalie Feola-Guerrieri, Esq.
Shepro & Blake LLC
2051 Main Street
Stratford, CT 06615

Timothy Corey, Esq.
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT 06103

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, Case & Ray LLC
241 Main Street, 2nd Floor
Hartford, CT 06106

*chambers copy to:*
The Honorable Gerard L. Goettel
U.S. District Court
14 Cottage Place
Waterbury, CT 06702

_____
Gregory R. Faulkner

481188.1(HSFP)

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105