FILED
Nov 17  2 33 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC.<br><br>Plaintiff,<br><br>Vs.<br><br>INCOR GROUP, INC., GREENWICH INSURANCE COMPANY USA CONTRACTORS, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Defendants. | CIVIL ACTION NO.:<br>3:02CV01254:GLG<br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 13, 2003 |

**PLAINTIFF'S REPLY TO DEFENDANT INCOR GROUP, INC.'S OBJECTION TO MOTION TO MODIFY CASE MANAGEMENT PLAN SET FORTH IN PARTIES' PROPOSED REPORT OF PARTIES' PLANNING MEETING**

The Plaintiff, Polied Environmental Services, Inc. ("Polied" herein), hereby responds to the Defendant Incor Group, Inc.'s ("Incor" herein) Objection to Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report of Parties' Planning Meeting, dated November 6, 2003, as follows:

In his Objection, counsel for Incor alleges that the Plaintiff has failed to show good cause for modifying the Case Management Plan. Counsel's argument is incorrect

1

and without merit. The undersigned requested that the Case Management Plan be modified in order to allow for additional time to depose John Fitzryk, a representative of Polied.

As the undersigned has previously indicated to counsel for Incor, Mr. Fitzryk's job frequently requires him to be out-of-state on a job site for extended periods of time, making it difficult to contact him at times. When counsel for Incor scheduled Mr. Fitzryk's deposition for October 14, 2003, the undersigned advised him that she was available, but needed to confirm Mr. Fitzryk's availability for said date. See correspondence to Attorney Faulkner, attached hereto, as Exhibit A.

Upon learning that counsel for Incor had selected October 14, 2003 as the date for Mr. Fitzryk's deposition, the undersigned sent Mr. Fitzryk correspondence advising of the deposition date. However, Mr. Fitzryk was out-of-town at the time due to his employment, and did not receive said correspondence until his return on Friday, October 10, 2003. Mr. Fitzryk was already scheduled to be in Mississippi on a job site on October 14, 2003 and, therefore, would not be available to be deposed on that date.

Given the nature of Mr. Fitzryk's occupation, he is often required to travel for extensive periods of time, as was the case on October 14, 2003, necessitating the Plaintiff's request to modify the scheduling order. Clearly, Mr. Fitzryk's work obligations

are directly correlated to his livelihood and, as such, his duty to fulfill them amounts to good cause to allow additional time in which to depose him.

In his Objection, counsel for Incor accuses the undersigned of engaging in "a pattern of unreasonable delays and discourteous conduct" and demonstrating "a total disregard for the rules of this Court". Such representations are inaccurate and inflammatory. The undersigned has cooperated with the Defendants' efforts to depose Mr. Fitzryk and has provided Incor's counsel with copies of documents requested in the production request accompanying his Notice of Deposition in accordance with his October 14, 2003 request. See correspondence to Attorney Faulkner, dated October 14, 2003, attached hereto as Exhibit B. (Said copies were provided to Attorney Faulkner in October 14, 2003 even though that had previously been provided to him on January 2, 2003, pursuant to Rule 26 of the Federal Rules of Civil Procedure. See correspondence to Attorneys Faulkner and Horowitz, attached hereto as Exhibit C.)

Counsel for Incor fails to note in his Objection that two of the times that Mr. Fitzryk's deposition was cancelled, it was not at the request of the undersigned or due to Mr. Fitzryk's unavailability. Mr. Fitzryk's deposition was scheduled for August 21, 2003 and had to be marked off due to United States Fidelity & Guaranty Company's counsel's unavailability. See correspondence from Attorney Horowitz, dated August 5,

3

2003. On September 22, 2003, Mr. Fitzryk's September 24, 2003 deposition was cancelled at Incor's counsel's request in accordance with a voice mail message the undersigned received on said date. On both occasions, Mr. Fitzryk (who now resides out-of-state) had made arrangements to take time off from work and travel to Connecticut in accordance with the Defendants' request to depose him.

The undersigned is not attempting to block Mr. Fitzryk's deposition as counsel for Incor alleges, but, rather, is requesting sufficient time to allow her to contact her client, ascertain his availability for attending the deposition, coordinate the date amongst all parties involved, and allow Mr. Fitzryk sufficient time to make the necessary arrangements at work to allow him to attend the deposition.

Finally, counsel for Incor argues that the Plaintiff's request to extend the discovery deadline was untimely as it was filed on October 29, 2003. However, Incor's counsel made no attempt to reschedule Mr. Fitzryk's deposition before the expiration of the discovery deadline and, as such, the undersigned was left with no alternative but to file the Plaintiff's Motion to Modify.

Rather than attempting to reschedule Mr. Fitzryk's deposition, counsel for Incor has chosen to file an accusatory and inflammatory Objection with this Court attacking the undersigned's professionalism, ethics and deference for this Court. Despite the

4

representations made by Incor's counsel, the undersigned remains available to discuss rescheduling the deposition with defense counsel if he so requests.

WHEREFORE, the Plaintiff respectfully requests that this Court overrule the Defendant Incor's Objection to Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report of Parties' Planning Meeting, dated November 6, 2003, and grant the Plaintiff's Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report of Parties' Planning Meeting, dated October 29, 2003.

                THE PLAINTIFF,

BY: _____
Nathalie Feola-Guerrieri
Shepro & Blake, LLC
2051 Main Street
Stratford, CT 06615
(203) 377-0770
Fed. Bar No. ct17217

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of November, 2003, I hereby mailed a copy of the foregoing Motion, to the following counsel of record:

Timothy Corey, Esq.
Pepe & Hazard, LLP
225 Asylum Street, Goodwin Square
Hartford, CT 06103

Gregory R. Faulkner, Esq.
Salvatore Fornaciari, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, Case & Ray, LLC
241 Main Street, 2nd Floor
Hartford, CT 06106

and a Chambers' Copy to Judge Gerard L. Goettel, per Chamber Practices, at the following address:

The Honorable Gerard L. Goetell
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, CT 06702

_____
Nathalie Feola-Guerrieri

6

# SHEPRO & BLAKE, LLC
### ATTORNEYS AT LAW
2051 MAIN STREET
STRATFORD, CT 06615-6341
TELEPHONE (203) 377-0770
FACSIMILE (203) 377-6789

DANIEL SHEPRO +
KEVIN M. BLAKE*°
ROBERT ACCOMANDO^

JOHN P. BASHAR
ROGER LEE CROSSLAND
NATHALIE FEOLA-GUERRIERI
TONI MARIE GELINEAU
CYNTHIA HARTWELL
REBEKAH L. SPRANO^

+ALSO ADMITTED IN MASS.
*ALSO ADMITTED IN D.C.
^ALSO ADMITTED IN N.Y.
°BOARD CERTIFIED WORKERS' COMPENSATION SPECIALIST

PARALEGALS:
STACI JOHNSON DUBAC
DEIRDRE MCGETRICK
LINDA MOLINA
SHERI MORRISON
THERESE PEAL
STEPHANIE ROBERTSON

ACCOUNTING ADMINISTRATOR:
LISA SACCONE

SANDY HOOK OFFICE:
115B CHURCH HILL ROAD
SANDY HOOK, CT 06482
TELEPHONE (203) 426-4242
FACSIMILE (203) 270-6412

REPLY TO: STRATFORD

September 22, 2003

**VIA FACSIMILE #(860)548-0006**

Gregory R. Faulkner, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

ATTN: LEANN

RE: **Polied vs. Incor Group, Inc. et als.**

Dear Attorney Faulkner:

    I am confirming that John Fitryk's deposition scheduled for Wednesday, September 24, 2003 is marked "off". Below is a list of dates I am currently available for rescheduling the deposition. Please note that my calendar is filling quickly and I have not yet confirmed my client's availability on these dates.

        Tuesday, October 14, 2003;
        Thursday, October 16, 2003; or
        Friday, October 17, 2003

                      Very truly yours,

                      Nathalie Feola-Guerrieri

NFG/vts

EXHIBIT A

# SHEPRO & BLAKE
### ATTORNEYS AT LAW
2051 MAIN STREET
STRATFORD, CT 06615-6341
TELEPHONE (203) 377-0770
FACSIMILE (203) 377-6789

DANIEL SHEPRO +
KEVIN M. BLAKE*°

ROBERT ACCOMANDO^
JOHN P. BASHAR
ROGER LEE CROSSLAND
NATHALIE FEOLA-GUERRIERI
TONI MARIE GELINEAU
MARK S. KLIGER

+ALSO ADMITTED IN MASS.
*ALSO ADMITTED IN D.C.
^ALSO ADMITTED IN N.Y.
°BOARD CERTIFIED WORKERS' COMPENSATION SPECIALIST

PARALEGALS:
STACI JOHNSON DUBAC
PATRICIA GAY
DEIRDRE MCGETRICK
LINDA MOLINA
SHERI MORRISON
THERESE PEAL

ACCOUNTING ADMINISTRATOR:
LISA SACCONE

SANDY HOOK OFFICE:
115B CHURCH HILL ROAD
SANDY HOOK, CT 06482
TELEPHONE (203) 426-4242
FACSIMILE (203) 270-6412

January 2, 2003

REPLY TO: STRATFORD

Gregory R. Faulkner, Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

Matthew W. Horowitz, Esq.
Wolf, Horowitz, Etlinger & Case, LLC
241 Main Street
Hartford, CT 06106-1817

Re:  **Polied Environmental Services vs. Incor, et al.**

Dear Gentlemen:

Enclosed please find copies of Polied's bates-stamped documents disclosed pursuant to Rule 26 of the Federal Rules of Civil Procedure. Polied reserves the right to supplement the disclosure.

The copying charge is $72.90 per each counsel. Kindly remit reimbursement at your earliest convenience.

Thank you.

Very truly yours,

Nathalie Feola-Guerrieri

NFG/vts

Enc.
S:\...\Polied Environmental Services, Inc\vs. Incor Group, U.S. Navy (Dolphin Gardens)\Corres\COUNSELORS (1-2-03).doc

**EXHIBIT B**

# WOLF, HOROWITZ, ETLINGER, CASE & RAY, L.L.C.
*Counselors At Law*
99 Pratt Street, Suite 401
Hartford, Connecticut 06103
Telephone (860) 724-6667
Fax (860) 293-1979

Matthew M. Horowitz

Email: Mhorowitz@whrer.com

August 5, 2003

*VIA UNITED STATES MAIL*
*AND FACSIMILE (548-0006)*

Mr. Gregory Faulkner
Halloran & Sage
One Goodwin Square
Hartford, Ct. 06103-4303

*VIA UNITED STATES MAIL*
*AND FACSIMILE (203)377-6789*

Ms. Nathalie Feola-Guerrieri
Shepro & Blake
2051 Main Street
Stratford, Ct. 06615

Re:    **Polied Environmental Services v. Incor Group, Inc., Et Al**

Dear Counsel:

I received on August 4, 2003 Greg's letter dated July 25, 2003, re-scheduling Mr. Fitzryk's deposition to August 21, 2003.

The revised deposition date conflicts with my vacation. I am available on August 26 through 29 and on any day during the weeks of September 1 and September 8. I request that the deposition be re-scheduled accordingly.

Thank you for your attention to this matter.

Very truly yours,

Matthew Horowitz

MMH:cc
48536

**EXHIBIT**

C