mtmppm

FILED

Oct 29  10 53 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC.<br><br>Plaintiff,<br><br>Vs.<br><br>INCOR GROUP, INC., GREENWICH INSURANCE COMPANY USA CONTRACTORS, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Defendants. | CIVIL ACTION NO.: 3:02CV01254:GLG<br><br><br><br><br><br><br><br><br><br><br>OCTOBER 29, 2003 |

## MOTION TO MODIFY CASE MANAGEMENT PLAN SET FORTH IN PARTIES' PROPOSED REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), the Plaintiff, Polied Environmental Services, Inc., hereby moves this Court to extend the October 29, 2003 deadline for completing discovery, including depositions and written discovery requests, set forth in the Defendants' Motion to Modify Case Management Plan Set Forth in Parties' Proposed Report of Parties' Planning Meeting Case Management Plan, dated August 28, 2003,

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Motion GRANTED.
Gerard L. Goettel, USDJ
11/17/03

X:\shared\CASES\Polied Environmental Services, Inc\vs. Incor Group, U.S Navy (Dolphin Gardens)\Pleadings US District court\mot modify sched order 10-17-03.doc