UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC., | : : : : : | CIVIL ACTION NO. 3:02:CV01254(GLG) |
| Plaintiff, | : : : | |
| V. | : : | |
| INCOR GROUP, INC., GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY, | : : : : : | JANUARY 8, 2004 |
| Defendants. | : : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Defendants, Incor Group, Inc., Greenwich Insurance Company, USA Contractors, Inc., in the above-captioned matter, as the undersigned is leaving the Firm of Halloran & Sage LLP. The Defendants will still be represented by Attorney Gregory R. Faulkner of Halloran & Sage LLP, who has already appeared in this matter.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                        THE DEFENDANTS:
                        INCOR GROUP, INC.,
                        USA CONTRACTORS, INC., and
                        GREENWICH INSURANCE COMPANY

By_____
  Salvatore N. Fornaciari
  Fed. Bar #ct 22684 and
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 8th day of January 2004, I hereby mailed a copy of the foregoing to:

*Via Personal Service*
USA Contractors, Inc.
c/o Timothy T. Corey, Esq,
Pepe & Hazard, LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103

*Via Regular Mail*
United States Fidelity and Guaranty Co.
c/o Matthew M. Horowitz, Esq.
Wolf, Horowitz, Etlinger, & Case, LLC
99 Pratt Street, Fourth Floor
Hartford, CT 06103

*Via Personal Service*
Greenwich Insurance Company
c/o Gregory R. Faulkner, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103

*Via Personal Service*
Incor Group, Inc.
c/o Gregory R. Faulkner, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103

*Via Regular Mail*
Polied Environmental Services, Inc.
c/o Nathalie Feola-Guerreri, Esq.
Shepro & Blake
2051 Main Street
Stratford, CT 06615

      Salvatore N. Fornaciari

501521_1.doc


One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105