```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------X
UNITED STATES OF AMERICA, on       :
Behalf of and for the use of       :
POLIED ENVIRONMENTAL SERVICES, INC.:
                                   :
        Plaintiff,                 :         ORDER
                                   :
    -against-                      :
                                   :         3: 02 CV 1254   (GLG)
INCOR GROUP, INC., et al.,         :
                                   :
        Defendants.                :
-----------------------------------X
```

The motion for Salvatore N. Fornaciari to withdraw his appearance [Doc. # 69] is **granted**.

**SO ORDERED.**

**Dated:   January 20, 2004**
**         Waterbury, CT**                                /s/
                                                  Gerard L. Goettel
                                                     U.S.D.J.