UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------------X
POLIED ENVIRONMENT SERVICE, INC.    :
                                    :
                  Plaintiff,        :
                                    :     No. 3: 02 CV 1254 (GLG)
         -against-                  :
                                    :
INCOR GROUP, INC., et al.           :
                                    :
                  Defendant.        :
------------------------------------X
```

**NOTICE TO COUNSEL**

    The above-entitled case was reported to the Court to be settled.  Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, a judgment will be entered on **May 10, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Waterbury, Connecticut, April 8, 2004.

```
                       _____/s/_____
                       GERARD L. GOETTEL
                       SENIOR UNITED STATES DISTRICT JUDGE
```