SO ORDERED.
Gerard L. Goettel, USDJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC. | No. 302CV01254 (GLG) |
| Plaintiff | |
| VS. | |
| INCOR GROUP, INC., GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC., and UNITED STATES FIDELITY AND GUARANTY COMPANY | |
| Defendants | APRIL 14, 2004 |

## *STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned civil action hereby stipulate that the action may be voluntarily dismissed without prejudice, each party to be responsible for its own costs and fees. Notwithstanding the foregoing, all parties fully retain all of their rights and remedies to enforce the settlement agreement that has been entered into in connection with this matter.

Case 3:02-cv-01254-GLG   Document 72   Filed 05/07/2004   Page 1 of 3

DEFENDANT
UNITED STATES FIDELITY
& GUARANTY COMPANY.

By _____
Matthew M. Horowitz
Wolf, Horowitz, Etlinger,
& Case, LLC
99 Pratt Street, Suite 401
Hartford, CT 06103
(860) 724-6667
Federal Bar No. ct01747


DEFENDANT USA CONTRACTORS, INC.

By _____
Timothy Corey
Pepe & Hazard
Goodwin Square
Hartford, CT 06103
(860) 241-2673
Federal Bar No. ct00398


DEFENDANT INCOR GROUP, INC.,

By _____
Gregory Faulkner
Halloran & Sage
One Goodwin Square
Hartford, CT 06103
(860) 297-4636
Federal Bar No. ct09997

PLAINTIFF POLIED ENVIRONMENTAL
SERVICES, INC.

By _____
Nathalie Feola-Guerrieri
Shepro & Blake
2051 Main Street
Stratford, CT 06615
(203)377-0770
Federal Bar No. ct17427


DEFENDANT GREENWICH
INSURANCE COMPANY

By _____
Gregory Faulkner
Halloran & Sage
One Goodwin Square
Hartford, CT 06103
(860)297-4636
Federal Bar No. ct09997