SO ORDERED.
Gerard L. Goettel, USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, on Behalf of and for the use of POLIED ENVIRONMENTAL SERVICES, INC. : | No. 302CV01254 (GLG) |
| Plaintiff : | |
| VS. : | |
| INCOR GROUP, INC., GREENWICH INSURANCE COMPANY, USA CONTRACTORS, INC., and UNITED STATES FIDELITY AND GUARANTY COMPANY : | |
| Defendants : | APRIL 14, 2004 |

### *STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned civil action hereby stipulate that the action may be voluntarily dismissed without prejudice, each party to be responsible for its own costs and fees. Notwithstanding the foregoing, all parties fully retain all of their rights and remedies to enforce the settlement agreement that has been entered into in connection with this matter.